**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **SHARIFA NABILA NAIMI** | **CASE NO.  6:26-CV-01123 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SHAD RICE ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**ORDER**

Presently before the Court is the Emergency Motion for Temporary Restraining Order and Preliminary Injunction [ECF No. 6] filed by Petitioner. The Court has reviewed the Motion and finds that Petitioner has stated no specific facts in either an affidavit or a verified complaint which show that immediate and irreparable injury, loss or damage will result if the Court does not grant immediate relief. As such, no grounds for a temporary restraining order have been stated. As to the request for preliminary injunction, the Court believes that a response from the Defendants is necessary. Accordingly,

IT IS ORDERED THAT the Emergency Motion for Temporary Restraining Order and Preliminary Injunction [ECF No. 6] is DENIED IN PART as the request for Temporary Restraining Order is DENIED; and

IT IS FURTHER ORDERED THAT the Defendants shall file a response to the request for Preliminary Injunction within twenty-one (21) days from the date of this Order.

THUS DONE in Chambers on this 8th day of May, 2026.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE