a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SHARIFA NABILA NAIMI,<br>Petitioner | CIVIL DOCKET NO. 6:26-CV-01123<br>SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| SHAD RICE ET AL,<br>Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by Sharifa Nabila Naimi ("Naimi"), an immigration detainee at the South Louisiana ICE Processing Center in Basile, Louisiana.

An immigration judge ordered removal to Mexico or Afghanistan on December 15, 2025. ECF No. 10-4. Both Naimi and the Government waived the right to appeal. *Id.* at 6.

On January 12, 2026, a Deportation Officer contacted the Mexican consulate in New Orleans with a request for alien acceptance. On or about January 29, 2026, an e-mail was sent to the officer requesting case status of Mexico acceptance.

On March 17, 2026, a travel letter request was sent to the U.S. mission Afghanistan in Doha, Qatar.

On May 27, 2026, ERO requested an update on the transportation letter and was informed that the request is still pending.

At the time of filing the Petition, Naimi had not yet been detained beyond the six-month presumptively reasonable period outlined in *Zadvydas v. Davis*, 533 U.S. 678, 679 (2001). She has now been detained for more than eight months since her removal order became final. As of the date of the declaration, May 29, 2026, the Government had received no response to its January request to the Mexican consulate and no update regarding the Afghan travel letter.

Because Naimi's detention has now exceeded the presumptively reasonable period, IT IS ORDERED that, within 30 days, the Government provide an updated declaration indicating whether it received a response from Mexico; whether Mexico has agreed to accept Naimi; the status of the Afghan transportation letter; and the current status of its efforts to remove Naimi.

SIGNED on Wednesday, September 9, 2026.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE